96 A.3d 331

**Peter DePAUL, Appellant**

v.

**COMMONWEALTH of Pennsylvania, Appellee.**

**No. 36 EAP 2013.**

Supreme Court of Pennsylvania.

July 21, 2014.

Richard A. Sprague, Theodore John P. Chylak, Sprague & Sprague, Philadelphia, for Peter DePaul.

Howard Greeley Hopkirk, PA Office of Attorney General, Harrisburg, for Commonwealth of Pennsylvania.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of July, 2014, the order of the Commonwealth Court is **AFFIRMED.**